# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL JUERGEN REICHARDT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70515

**FILED**

AUG 2 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK


## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a motion to review and procure credit for time served. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

On July 6, 2016, this court entered an order directing counsel for appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Counsel has responded to our order and concedes that no statute or court rule provides for an appeal from an order granting a motion to review and procure credit for time served. *See Castillo v. State,* 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

16-25910

cc:    Hon. Susan Johnson, District Judge
Law Offices of John P. Parris
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk